UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| DEREK LAPLUME,<br><br>       Plaintiff,<br><br>v.<br><br>HARRIS AND HARRIS, LTD<br><br>       Defendant. | Case No. 2:17-cv-00276-NT |

**JOINT NOTICE OF SETTLEMENT**

      Defendant, Harris and Harris, Ltd ("Harris"), and Plaintiff, Derek LaPlume ("Plaintiff") hereby notify the Court that the parties have reached a settlement in principal, and hereby request a settlement order providing the parties with 30 days to file a stipulation of dismissal with prejudice.

      Respectfully submitted,

      HARRIS AND HARRIS, LTD
      By Its Attorneys,

      */s/ Paula-Lee Chambers*
      Paula-Lee Chambers, Bar #004724
      Hinshaw & Culbertson LLP
      28 State Street
      24th Floor
      Boston, MA 02109
      617-213-7000/617-213-7001

Dated:   September 19, 2017

          DEREK LAPLUME
          By his Attorneys

          */s/ Keith Mathews*
          Keith Mathews, Bar #005382
          Associated Attorneys of New England
          587 Union Street
          Manchester, NH 03104
          603-622-8100/888-912-1497

## CERTIFICATE OF SERVICE

I, Paula-Lee Chambers, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 19, 2017.

          /s/ *Paula-Lee Chambers*
          Paula-Lee Chambers

300445763v1 1000800