## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| DEREK LAPLUME, ) | |
|         Plaintiff ) | |
| ) | |
| v. ) | Case No.: 2:17-CV-00276-NT |
| ) | |
| HARRIS AND HARRIS, LTD, ) | |
|         Defendant ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COMES THE PLAINTIFF, by and through counsel, and pursuant to Fed. R. Civ. P. 41 hereby Stipulates to Dismissal of the entire case with prejudice, each party to bear their own costs and fees.

WHEREFORE, the parties request that this case be DISMISSED with prejudice.


Dated: October 19, 2017        /s/ Keith A. Mathews
　　　　　　　　　　　　　　　Keith A. Mathews, Esq. (for Plaintiff)
　　　　　　　　　　　　　　　(ME Bar #005382)
　　　　　　　　　　　　　　　Associated Attorneys of New England
　　　　　　　　　　　　　　　587 Union Street
　　　　　　　　　　　　　　　Manchester, NH 03104
　　　　　　　　　　　　　　　(603) 622-8100
　　　　　　　　　　　　　　　Email: Keith@AAONE.Law


Dated: October 19, 2017        /s/ Paula-Lee Chambers
　　　　　　　　　　　　　　　Paula-Lee Chambers, Esq. (for Defendant)
　　　　　　　　　　　　　　　(ME Bar #004724)
　　　　　　　　　　　　　　　Hinshaw & Culbertson LLP
　　　　　　　　　　　　　　　28 State Street, 24th Floor
　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　(617) 213-7000
　　　　　　　　　　　　　　　E-mail: pchambers@hinshawlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the forgoing shall be served on all parties of record through the Courts CM/ECF system.  Paper copies will be mailed to all non-registered participants on this date as follows: [NONE]

Served Through CM/ECF:

| | |
|---|---|
| KEITH MATHEWS | keith@aaone.law, paralegal@aaone.law |
| PAULA-LEE CHAMBERS | pchambers@hinshawlaw.com, jrainey@hinshawlaw.com, mambers@hinshawlaw.com |

DATED: October 19, 2017        /s/ Keith A. Mathews
                               Keith A. Mathews, Esquire (for Plaintiff)